UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-00178-CIV-UNGARO

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

MARLON TYRONE LEWIS.,
       Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court pursuant to this Court's Order of Reference directing this Court to take all necessary and proper action as required by law with respect to whether or not Defendant's supervised release should be revoked. Subsequently the government, supported by the U.S. probation office, filed a motion to dismiss the petition for warrant or summons for offender under supervision (D.E. 99) on the grounds that his supervised release expired prior to the issuance of a summons in connection with the petition, and therefore this Court no longer has jurisdiction over Defendant Lewis. The matter was referred to Magistrate Judge Simontno, who on December 6, 2007 issued a Report (D.E. 100) recommending that the government's unopposed motion to dismiss (D.E. 99) be granted pursuant to 18 USC §3583(i).

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 100) is RATIFIED, AFFIRMED AND ADOPTED. It is further

ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of January, 2008.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Robert Robinson, *pro se*